UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CR-20359-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUILLERMO DELGADO, and
GABRIEL DELGADO,

    Defendant.

_____/

## NOTICE OF DEPOSITING PROCEEDS OF SALE

PLEASE TAKE NOTICE that on April 1, 2019, the Receiver deposited the total sum of $75,000.00 with the Clerk of Court as partial proceeds from the sale of real property pursuant to the (a) Order Approving Sale (DE 259) dated November 2, 2018; and (b) Order Approving Sale (DE 261) dated January 18, 2019.  A copy of the receipt is attached hereto as **Exhibit "A"**.

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    By:   s/Chapman Smith, Esq. (0002895)
    E-Mail: csmith@csmithassoc.com
    Fla. Bar No. 0002895
    Chapman Smith & Associates, PLC
    2699 Stirling Road, Suite A-201
    Fort Lauderdale, FL 33312
    Telephone: 954.981.3249
    Facsimile: 954.981.3259
    Attorneys for Receiver

# SERVICE LIST
## United States v. Gabriel Delgado
## Case No. 14-20359-CR-JEM
## United States District Court, Southern District of Florida

| | |
|---|---|
| Danielle Croke, AUSA<br>United States Attorney's Office<br>99 NE 4th Street, Third Floor<br>Miami, FL 33132<br>Email: Danielle.Croke@usdoj.gov<br>CM/ECF | Joaquin Mendez , Jr., Esq.<br>Miami Tower<br>100 S.E. 2nd Street , Suite 2700<br>Miami, FL 33131<br>Email: jm@jmendezlaw.com<br>CM/ECF |
| Elizabeth Young, USDOJ<br>U.S. Department of Justice<br>Criminal Division<br><br>1400 New York Avenue NW<br>8th Floor<br>Washington, DC 20005<br>Email: elizabeth.young@usdoj.gov<br>CM/ECF | Jane Wollner Moscowitz, Esq.<br>Moscowitz & Moscowitz, P.A.<br>201 Alhambra Circle, Suite 1200<br>Coral Gables, FL 33134<br>Email: jmoscowitz@moscowitz.com<br>CM/ECF |
| Allan J. Medina, USDOJ<br>U.S. Department of Justice<br>Criminal Division - Fraud Section<br>1400 New York Avenue NW<br>Washington, DC 20530<br>Email: Allan.Medina@usdoj.gov<br>CM/ECF | Norman Allen Moscowitz, Esq.<br>Moscowitz & Moscowitz, P.A.<br>201 Alhambra Circle, Suite 1200<br>Coral Gables, FL 33134<br>Email: nmoscowitz@moscowitz.com<br>CM/ECF |
| Alison Whitney Lehr, AUSA<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>Email: Alison.Lehr@usdoj.gov<br>CM/ECF | |
| Daren Grove, AUSA<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>Email: daren.grove@usdoj.gov<br>CM/ECF | |
| Dustin M. Davis, AUSA<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>Email: Dustin.Davis@usdoj.gov<br>CM/ECF | |